## Durr *v*. The State.

Appeal from Walker Law and Equity Court.

Tried before the Hon. Peyton Norvelle.,

Coleman & Bankhead and Leith & Sherer, for appellant.

Massey Wilson, Attorney-General, for the State.

The appellant in this case was indicted, tried and convicted for failing to work a public road, after having been warned to do so.

The judgment of conviction is reversed, and judgment is here rendered discharging the defendant, on the authority of *Monroe v. State, ante, p,.88.*

Opinion by McClellan, C. J.